Andrew A. Harnisch (024957)
Grant L. Cartwright (030780)
Trevor J. Wainfeld (037146)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, Arizona 85004-4633
Telephone:  (602) 252-1900
Facsimile:   (602) 252-1114
Email:      aharnisch@maypotenza.com
            gcartwright@maypotenza.com
            twainfeld@maypotenza.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Point of Choice Consulting, LLC, an Arizona limited liability company; Mike Hoeffel and Chareis Hoeffel, a married couple, | Case No.2:22-CV-00274-DGC |
| | (Maricopa County Superior Court Case No. CV 2021-018860) |
| Plaintiffs | |
| vs. | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 55(c) MOTION TO SET ASIDE ENTRY OF DEFAULT FILED BY THE CLERK'S OFFICE ON MARCH 31, 2022** |
| Right Path, LLC, an Arizona limited liability company; Right Path Center, Inc., an Arizona corporation; Wali Muhammad; Jaleela Muhammad; and Kyona Relf, | |
| Defendants | |

{00060402-1 }

Right Path, LLC, an Arizona limited
liability company; Right Path Center,
Inc., an Arizona corporation; Wali
Muhammad; Jaleela Muhammad; and
Kyona Relf,

              Counterclaimants,

    vs.

Point of Choice Consulting, LLC, an
Arizona limited liability company;
Mike Hoeffel and Chareis Hoeffel, a
married couple,

              Counterdefendants.

Right Path, LLC, an Arizona limited
liability company; Right Path Center,
Inc., an Arizona corporation; Wali
Muhammad; Jaleela Muhammad; and
Kyona Relf,

              Third Party Plaintiffs,

    vs.

Point of Choice Consulting, LLC, an
Arizona limited liability company;
Mike Hoeffel and Chareis Hoeffel, a
married couple,

              Third Party Defendants.

In Defendants' Right Path, LLC, Right Path Center, Inc., Wali Muhammad, Jaleela Muhammad, and Kyona Relf (collectively, the "**Defendants**") Rule 56(c) Motion to Set Aside Entry of Default [DE 69] (the "**Set Aside Motion**"), Defendants fail to provide the requisite "good cause" to set aside their default.  Plaintiffs Point of Choice Consulting, LLC ("**POCC**") and Mike and Chareis Hoeffel (the "**Hoeffels**" and, with POCC, "**Plaintiffs**") respectfully request this Court deny the Set Aside Motion.

### MEMORANDUM OF POINTS AND AUTHORITIES[1]

### I.    Relevant Factual and Procedural Background

This action arises from services and loans Plaintiffs provided to Defendants pursuant to various contracts. It also deals with the ownership and corporate governance of Right Path (an Arizona LLC) and Right Path Center, Inc. ("**RPC**") (an Arizona Corporation).

Between June and December 2021, Plaintiffs unsuccessfully attempted to resolve this matter with Defendants before litigating.  However, when that was unsuccessful, Plaintiffs filed their Complaint in Maricopa County Superior Court on December 12, 2021, asserting claims sounding in Arizona contract, tort, and corporate law.

On December 13, 2021, Plaintiffs' counsel provided the Complaint to Defendants' counsel of record by email, asking if counsel was authorized to accept service on behalf of Defendants.  *See* **Exhibit A**.  Defendants' counsel indicated she would reach out to Defendants concerning her authority to accept service.  *See* **Exhibit B**.  Defendants' counsel indicated that she was authorized to accept service on December 21, 2021.  *See* **Exhibit C**.  Plaintiffs' counsel provided a form of acceptance of service to Defendants' counsel on December 28, 2021.  *See* **Exhibit D**. Defendants then delayed nearly a month before serving a modified document that ambiguously accepted or waived service on January 19, 2022.  *See* **Exhibit E**.

On February 22, 2022, Defendants filed the Notice of Removal to the United States District Court, District of Arizona.  (Doc. 1).  Because the Notice of Removal was late and this Court lacks subject matter jurisdiction over the

---

[1] Plaintiffs addressed set aside in their Motion to Strike (Doc. 69).  The Relevant Factual and Procedural Background and portions of the Legal Analysis are near carbon-copies of Plaintiffs' Motion to Strike.  Therein, Plaintiffs argued there is not the requisite good cause to set default aside. The issues here are the same but for Plaintiffs' direct responses to Defendants' wayward arguments and additional procedural history.

1   Complaint, Plaintiffs filed a Motion to Remand on March 21, 2022.  (Docs. 13).

2   Meanwhile, on March 4, 2022, Defendants filed an uncontested Motion

3   for Extension of Time to File Answer (second request), requesting an

4   extension of time to respond to March 10, 2022.  Then on March 23, 2022,

5   Defendants filed an uncontested Motion for Extension and Short Additional

6   Enlargement of Time for Defendants to Answer (third request), requesting an

7   extension of time to respond to March 25, 2022.  (Doc. 14).  This was the third

8   time extension Defendants requested and received, all without dispute from

9   Plaintiffs.  The Court granted that Motion on March 23, 2022.  (Doc. 15).

10   Defendants failed to file an answer or any other responsive pleading by

11   March 25, 2022.   Therefore, on March 28, 2022, Plaintiffs filed their

12   Application for Entry Default against the Defendants supported by a proper

13   Affidavit.  (Doc 16).  The Clerk entered Defendants' default on March 31,

14   2022.  (Doc. 17).

15   On April 7, 2022, Defendants filed their Answer, Counterclaims, and

16   Third Party Claims ("**Answer**").   (Doc. 18).   Defendants then filed their

17   Corrected/First Amended Counterclaims, and Third Party Claims on April 12,

18   2022 ("**Amended Answer**").  (Doc. 19).

19   Plaintiffs moved to strike the Answer and Amended Answer because

20   they were filed after default was entered against Defendants.  (Doc. 69).

21   **II.    Legal Analysis**

22   **A.    There is not good cause to set aside default.**

23   Rule 55(c) provides for the set aside of entry of default for "good cause."

24   Fed. R. Civ. P. 55(c).  The party seeking to set aside default bears the burden

25   of showing good cause.  *Franchise Holding II, L.L.C. v. Huntington Rests. Grp,*

26   *Inc.*, 375 F.3d 922, 926 (9th Cir. 2004).   Three factors determine whether

27   there is good cause to set aside the entry of default: (1) whether [defendant]

28

1    engaged in culpable conduct that led to the default; (2) whether [defendant]
2    had a meritorious defense; or (3) whether reopening the default judgment
3    would prejudice [plaintiff]". *Id.* The Court may deny a request to set aside if
4    any one of the three factors are not satisfied. *Id.*

5        Defendants fail to address factors (1) and (2) in their Set Aside Motion,
6    which may alone be fatal to that Motion because it is Defendants' burden to
7    show good cause and the Court may decline to set aside for failure to carry
8    just one factor. *Id.*

9        As to factor one, Defendants alone are culpable for their failure to meet
10   a court-ordered deadline. In *Franchise Holding II*, the Court sustained entry
11   of default where the defendant's culpable conduct was their failure to seek an
12   extension of time to file a responsive pleading. *Id.* Here, the circumstances go
13   a step further. The Defendants sought and received three separate
14   extensions, including a final extension by a Motion to Extend to March 25,
15   2022. (Doc. 14). Defendants still failed to timely file their responsive
16   pleading pursuant to the Court's Order. Missing the first extended deadline
17   is culpable conduct. Moreso the second, and even moreso the third.

18       As to factor two, the Defendants have filed an Answer, Counterclaim,
19   and Third-Party Claim that state far-fetched claims in an attempt to establish
20   a defense and/or seek offsetting damages. Plaintiffs are unmoved by the
21   Defendants' allegations and dispute the merits of Defendants' purported
22   defenses, which are dubious on their face. But at this stage, it is Defendants'
23   responsibility to show that their claims and defenses are meritorious in order
24   to set aside default, and they have not attempted to do so.

25       As to factor three, there is significant, ongoing prejudice to Plaintiffs.
26   Plaintiffs filed this action in November in Maricopa County Superior Court.
27   Plaintiffs have incurred thousands of dollars in fees and costs just to compel
28

Defendants to file an answer nearly five months later, after they missed voluntarily-given and court-ordered deadlines.[2]  These fees and costs will only continue to mount as Defendants continue to slow this litigation down. Plaintiffs alleged in Paragraph 13 of their Complaint that Defendants' businesses were failing and unable to make required payments.   (Doc. 1). Now, several months later, it remains more unclear whether Defendants would be able to satisfy a judgment rendered against them.   Furthermore, emails and other items have apparently been deleted from Defendants' servers, which may cause spoliation of evidence prejudicing the Plaintiffs in this litigation.  Prejudice here is clear and significantly in Plaintiffs' favor.

### B.   Defendants' arguments are mistaken or irrelevant.

Defendants argue they "ha[ve] been so initially hindered by technological cybersecurity concerns that had to be first and foremost addressed by Defendants." (Doc. 69 at 2:27-3:2).  Defendants continue to state Plaintiffs "[took] their domains, email accounts, and patient HIPAA data[.]" (Doc. 69 at 3:7-8).  Defendants offer no details regarding this purported issue, how they "addressed" it, or why it hindered a response.  These assertions are in no way connected to Rule 55(c)'s "good cause" standard.  In any event, if there was such a grave concern, it would have been prudent for Defendants to quickly file a responsive or an affirmative pleading so that they could seek timely relief in Court.  If Defendants were concerned they lacked sufficient information, they could have responded to the Complaint that they lacked sufficient knowledge or information to respond to certain allegations.  Fed. R. Civ. P. 8(b)(5); *see also EEOC v. Wah Chang Albany Corp.*, 499 F.2d 187, 190

---

[2] The Court should consider this Motion alongside Plaintiffs' Motion to Remand, which outlines the many ways Defendants have delayed, perhaps intentionally, and consistently halted this litigation.

(9th Cir. 1974) (calling defendant's argument that they could not formulate responsive pleadings without more information "frivolous" because they could deny for lack of knowledge or information).  Alternatively, they could have sought additional extensions so they could address whatever business concerns took precedent over answering the complaint.  They did neither of these things.

### III.    Conclusion

Defendants have failed to meet their burden of proving good cause to set default aside, as required by Rule 55(c).  The Set Aside Motion should be denied.

RESPECTFULLY SUBMITTED this 5th day of May, 2022.


**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Andrew A. Harnisch*
    Andrew A. Harnisch
    Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kindra Deneau
The Deneau Law Firm, PLLC
64 E. Broadway Road, Suite 200
Tempe, AZ 85282
kindra@deneaulaw.com
*Counsel for Defendants*

By: /s/ *Michelle Giordano*

# EXHIBIT A

## Michelle Giordano

| | |
|---|---|
| **From:** | Andrew Harnisch |
| **Sent:** | Monday, December 13, 2021 4:09 PM |
| **To:** | kindra@deneaulaw.com |
| **Cc:** | Michelle Giordano |
| **Subject:** | FW: POCC v Right Path, et al. - Complaint documents |
| **Attachments:** | 2021-12-10 Summons - Right Path LLC.pdf; 2021-12-10 Summons - Wali.pdf; 2021-12-10 Cert of Comp Arb (FILED).pdf; 2021-12-10 Complaint (FILED).pdf; 2021-12-10 Summons - Jaleela.pdf; 2021-12-10 Summons - Kyona.pdf; 2021-12-10 Summons - Right Path Center.pdf |

Kindra,

Please see the attached complaint and summonses that were filed against your clients Rights Path, LLC, Right Path Center, Inc., Wali Muhammed, Jaleela Muhammed, and Kyona Relf.

Please advise whether you are authorized to accept service on behalf of the above-referenced defendants.

Best Regards,

Andy



## Andrew Harnisch
**Shareholder**
—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

**From:** Michelle Giordano <MGiordano@maypotenza.com>
**Sent:** Monday, December 13, 2021 1:47 PM
**To:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Subject:** POCC v Right Path, et al. - Complaint documents

Attached are the filed documents in the Hoeffel matter.



## Michelle Giordano
**Paralegal**

—

**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

# EXHIBIT B

**Michelle Giordano**

| | |
|---|---|
| **From:** | Kindra Deneau <kindra@deneaulaw.com> |
| **Sent:** | Monday, December 13, 2021 4:30 PM |
| **To:** | Andrew Harnisch |
| **Cc:** | Michelle Giordano |
| **Subject:** | Re: POCC v Right Path, et al. - Complaint documents |

I will check and see and get back to you please give me a day or two.

Get Outlook for iOS

---

**From:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Sent:** Monday, December 13, 2021 4:08:47 PM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** FW: POCC v Right Path, et al. - Complaint documents

Kindra,

Please see the attached complaint and summonses that were filed against your clients Rights Path, LLC, Right Path Center, Inc., Wali Muhammed, Jaleela Muhammed, and Kyona Relf.

Please advise whether you are authorized to accept service on behalf of the above-referenced defendants.

Best Regards,

Andy



Andrew Harnisch
**Shareholder**
—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

1

**From:** Michelle Giordano <MGiordano@maypotenza.com>
**Sent:** Monday, December 13, 2021 1:47 PM
**To:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Subject:** POCC v Right Path, et al. - Complaint documents

Attached are the filed documents in the Hoeffel matter.



## Michelle Giordano
**Paralegal**

—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

# EXHIBIT C

**Michelle Giordano**

| | |
|---|---|
| **From:** | Kindra Deneau  <kindra@deneaulaw.com> |
| **Sent:** | Tuesday, December 21, 2021 2:35 PM |
| **To:** | Andrew Harnisch |
| **Cc:** | Michelle Giordano |
| **Subject:** | RE: POCC v Right Path, et al. - Complaint documents |

Hi Andrew- I have received authorization to accept service.  Thank you.

**Kindra Deneau, Principal Attorney**
480.306.5977
Kindra@DeneauLaw.com

**From:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Sent:** Tuesday, December 21, 2021 1:37 PM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** RE: POCC v Right Path, et al. - Complaint documents

Kindra, please let us know today about whether you will accept service.  If you are not authorized, we want to be able to send out a process server before we leave the office for the Christmas holiday.

Andy

 May Potenza Baran & Gillespie

## Andrew Harnisch
**Shareholder**
—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related

penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

---

**From:** Andrew Harnisch
**Sent:** Friday, December 17, 2021 3:21 PM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** RE: POCC v Right Path, et al. - Complaint documents

That's fine.  Let me know by Tuesday.



# Andrew Harnisch
**Shareholder**

—

**o:** 602.252.1900
**e:** aharnisch@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

---

**From:** Kindra Deneau <kindra@deneaulaw.com>
**Sent:** Friday, December 17, 2021 2:49 PM
**To:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** RE: POCC v Right Path, et al. - Complaint documents

Hi Andrew- With multiple owners, etc., I'm waiting for a bit more input.  Please give me until Tues.  I anticipate consent.

**Kindra Deneau, Principal Attorney**
480.306.5977
Kindra@DeneauLaw.com

---

**From:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Sent:** Friday, December 17, 2021 2:03 PM

**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** RE: POCC v Right Path, et al. - Complaint documents

Kindra,

What is the status of acceptance of service?



## Andrew Harnisch
**Shareholder**
—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

**From:** Kindra Deneau <kindra@deneaulaw.com>
**Sent:** Monday, December 13, 2021 4:30 PM
**To:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** Re: POCC v Right Path, et al. - Complaint documents

I will check and see and get back to you please give me a day or two.

Get Outlook for iOS

**From:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Sent:** Monday, December 13, 2021 4:08:47 PM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** FW: POCC v Right Path, et al. - Complaint documents

Kindra,

Please see the attached complaint and summonses that were filed against your clients Rights Path, LLC, Right Path Center, Inc., Wali Muhammad, Jaleela Muhammed, and Kyona Relf.

Please advise whether you are authorized to accept service on behalf of the above-referenced defendants.

Best Regards,

Andy



## Andrew Harnisch
**Shareholder**

—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com

—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

**From:** Michelle Giordano <MGiordano@maypotenza.com>
**Sent:** Monday, December 13, 2021 1:47 PM
**To:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Subject:** POCC v Right Path, et al. - Complaint documents

Attached are the filed documents in the Hoeffel matter.



## Michelle Giordano
**Paralegal**

—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com

—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

# EXHIBIT D

**Michelle Giordano**

| | |
|---|---|
| **From:** | Michelle Giordano |
| **Sent:** | Tuesday, December 28, 2021 4:44 PM |
| **To:** | kindra@deneaulaw.com; lisa@deneaulaw.com |
| **Cc:** | Andrew Harnisch (AHarnisch@maypotenza.com) |
| **Subject:** | POCC v Right Path - Acc of Svc |
| **Attachments:** | 2021-12-27 Acc of Svc.doc |

Ms. Deneau:

Attached is the Acceptance of Service. Once you have signed the Acceptance, please return it to me and I will get it filed.

Thank you!

Sincerely,



## Michelle Giordano
**Paralegal**

—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

# EXHIBIT E

## Michelle Giordano

| | |
|---|---|
| **From:** | Lisa Sandiford <lisa@deneaulaw.com> |
| **Sent:** | Wednesday, January 19, 2022 5:10 PM |
| **To:** | Andrew Harnisch; Kindra Deneau |
| **Cc:** | Michelle Giordano |
| **Subject:** | RE: POCC v Right Path - Acc of Svc |
| **Attachments:** | 1-19-2022 Acc of Svc-KD-SIGNED.pdf |
| | |
| **Importance:** | High |

Good afternoon, attached please find the signed Acceptance of Service. Thank you for your patience.

**Lisa Sandiford, Paralegal & Office Manager**
480.306.5977
Lisa@DeneauLaw.com

---

**From:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Sent:** Friday, January 14, 2022 3:04 PM
**To:** Lisa Sandiford <lisa@deneaulaw.com>; Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Michelle Giordano <MGiordano@maypotenza.com>
**Subject:** RE: POCC v Right Path - Acc of Svc

What is going on with this?  We sent the acceptance of service over two weeks ago.



## Andrew Harnisch
**Shareholder**

—
**o:** 602.252.1900
**e:** aharnisch@maypotenza.com
—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related

penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

---

**From:** Lisa Sandiford <lisa@deneaulaw.com>
**Sent:** Tuesday, January 11, 2022 2:36 PM
**To:** Michelle Giordano <MGiordano@maypotenza.com>; Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Andrew Harnisch <AHarnisch@maypotenza.com>
**Subject:** RE: POCC v Right Path - Acc of Svc

Good afternoon Michele, Ms. Deneau just wanted to add a few revisions to the draft Acceptance of Service and we will send that over to you as soon as possible. Thank you for your patience.

**Lisa Sandiford, Paralegal & Office Manager**
480.306.5977
Lisa@DeneauLaw.com

---

**From:** Michelle Giordano <MGiordano@maypotenza.com>
**Sent:** Monday, January 10, 2022 11:01 AM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Andrew Harnisch <AHarnisch@maypotenza.com>; Lisa Sandiford <lisa@deneaulaw.com>
**Subject:** RE: POCC v Right Path - Acc of Svc

Kindra:

Just checking on the status of the Acceptance of Service. Please let me know.



Michelle Giordano
**Paralegal**
—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related

penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

---

**From:** Kindra Deneau <kindra@deneaulaw.com>
**Sent:** Monday, January 3, 2022 5:21 PM
**To:** Michelle Giordano <MGiordano@maypotenza.com>
**Cc:** Andrew Harnisch <AHarnisch@maypotenza.com>; Lisa Sandiford <lisa@deneaulaw.com>
**Subject:** RE: POCC v Right Path - Acc of Svc

Will have these back to you tomorrow.  Thank you.

**Kindra Deneau, Principal Attorney**
480.306.5977
Kindra@DeneauLaw.com

---

**From:** Michelle Giordano <MGiordano@maypotenza.com>
**Sent:** Monday, January 3, 2022 11:52 AM
**To:** Kindra Deneau <kindra@deneaulaw.com>
**Cc:** Andrew Harnisch <AHarnisch@maypotenza.com>; Lisa Sandiford <lisa@deneaulaw.com>
**Subject:** FW: POCC v Right Path - Acc of Svc

Kindra:

I just wanted to check on the status of the attached. Please let me know.

Thank you and hope you had a great New Year!

Sincerely,



Michelle Giordano
**Paralegal**
—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

**From:** Michelle Giordano
**Sent:** Tuesday, December 28, 2021 4:44 PM
**To:** kindra@deneaulaw.com; lisa@deneaulaw.com
**Cc:** Andrew Harnisch (AHarnisch@maypotenza.com) <AHarnisch@maypotenza.com>
**Subject:** POCC v Right Path - Acc of Svc

Ms. Deneau:

Attached is the Acceptance of Service. Once you have signed the Acceptance, please return it to me and I will get it filed.

Thank you!

Sincerely,



Michelle Giordano
**Paralegal**
—
**o:** 602.252.1900
**d:** 602.774.3504
**e:** mgiordano@maypotenza.com
—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).